# RECEIPT

DATE 3 26 15    No. 515564

RECEIVED FROM Sandy Schinzel    $ 640

40/100

Copies  15-158 CU

DOLLARS

○ FOR RENT
○ FOR

| ACCOUNT | | | ⊘ CASH | | |
|---------|---|---|-------|-----|-----|
| PAYMENT | 16 | | ○ CHECK | FROM | TO |
| BAL. DUE | | | ○ MONEY ORDER ○ CREDIT CARD | BY | |